IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| NANCY FRENCH,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, in his capacity as Secretary of the United States Department of Health and Human Services,<br><br>    Defendant. | Civil No. 08-1482-JEI-AMD |

### SCHEDULING ORDER

This Matter having come before the Court by way of letter request dated November 13, 2008 from Franklin P. Solomon, Esquire, for an Order extending the briefing schedule set forth in the Court's Order of October 28, 2008 while the parties address settlement; and for good cause shown:

IT IS this **14th** day of **November 2008**, hereby **ORDERED**:

1. The briefing schedule set forth in the Court's Order of October 28, 2008 shall be, and hereby is, suspended.

2. The Court will conduct a telephone status conference on **December 9, 2008 at 9:30 A.M.**. Counsel for plaintiff shall initiate the telephone call.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                    s/ Ann Marie Donio
                                    ANN MARIE DONIO
                                    United States Magistrate Judge

cc:  Hon. Joseph E. Irenas